UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x   CV 08 3149

Yu Fang WANG                              Judge Kaplan

                        Plaintiff,

                -against-

                                        <u>CERTIFICATION OF SERVICE</u>


MICHAEL CHERTOFF, Secretary,
DEPARTMENT OF HOMELAND SECURITY,
and KEVIN A. OHLSON, Director,
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,
DEPARTMENT OF JUSTICE,

                        Defendants.
--------------------------------


        Michael J. Prior, being an attorney, duly licensed to
practice law in the State of New York, and a member of this
Court, with offices at 142-03 37th Avenue, Flushing, New York
11354, hereby certifies the following under penalties of perjury:

        I am over the age of 18 and not a party to this action,

        On the 1st day of April, 2008, I served the within
Summons(s) and Complaint upon each of the following:

Attorney General of the U.S.A.
Department of Justice
Washington, D.C.  20530

Michael Chertoff, Secretary
Department of Homeland Security
Washington, DC 20528

KEVIN A. OHLSON, Director,
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
DEPARTMENT OF JUSTICE
5107 Leesburg Pike
Falls Church, VA 22041

        by depositing in an official U.S. Postal depository, within
the State of New York, a true and correct copy thereof enclosed
in a post-paid properly addressed wrapper addressed to the above
named, by certified mail, return receipt requested

AND

On March 28, 2008, upon

Office of the U.S. Attorney
Special Assistant U.S. Attorney
        for Immigration
26 Chambers Street
New York, New York

    By personally delivering and leaving a true copy thereof to
Oretha Charles, a person who identified herself as designated and
authorized to accept such service, at 10:55 AM.

Dated: April 1, 2008
       Flushing, New York


            /ss/ (Electronically Filed)
            Michael J. Prior