USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YU FANG WANG (A95-473-625),

    Plaintiff,

- against -

MICHAEL CHERTOFF, Secretary, Department of Homeland Security; KEVIN A. OHLSON, Director, Executive Office of Immigration Review, Department of Justice;

    Defendants.

Dkt. No. 08 Civ. 3149 (LAK)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
April 21, 2008

ROBERT F. BELLUSCIO
Attorney for Plaintiff

_____
Robert F. Belluscio, Esq.
142-03 37th Avenue
Flushing, New York 11354
Tel.  (718) 445-1500
Fax  (718) 358-9849

New York, New York
April 22, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

_____
Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2769
Fax  (212) 637-2786

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge

4/24/08